**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| BOBIE KENNETH TOWNSEND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-957 |
| | § | |
| UNITED STATES, *et al.,* | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM AND OPINION**

The plaintiff, Bobie Kenneth Townsend, sought a temporary restraining order to prevent the Internal Revenue Service from collecting unpaid taxes Townsend owes. (Docket Entry No. 1). The court denied Townsend's motion. (Docket Entry No. 3). Townsend, representing himself, now moves to disqualify the federal judge assigned to this case. (Docket Entry No. 4). His motion is denied as frivolous.

SIGNED on May 3, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge