# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| BOBIE KENNETH TOWNSEND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-957 |
| | § | |
| UNITED STATES, *et al.,* | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

For the reasons set forth in the accompanying Memorandum and Opinion of today's date, the motion to dismiss, (Docket Entry No. 8), is granted. This case is dismissed.

SIGNED on June 21, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge